# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Josephine Tijerino,<br><br>      Plaintiff,<br><br>v.<br><br>Stetson Desert Project LLC, et al.,<br><br>      Defendants. | No. CV-15-02563-PHX-SMM<br><br>**ORDER** |

Before the Court is Plaintiff's Motion to Dismiss Only Plaintiff Josephine Tijerino's Case. (Doc. 80.) Plaintiff requests that the Court dismiss her claims from this consolidated matter pursuant to Federal Rule of Civil Procedure 41(a)(2). (Id. at 2.) Plaintiff requested that Defendants stipulate to the motion; however, Defendants refused. (Id.) To date, Defendants have not filed a Response to Plaintiff's motion, and the time to do so has passed. Accordingly, the unopposed motion is now ripe for review.

Plaintiff Tijerino's case is one of the cases that the Court ordered consolidated for pretrial proceedings. (See No. CV-15-02563-PHX-SMM, Doc. 18.) Plaintiff Tijerino is the only plaintiff that files a motion to dismiss. Pursuant to Rule 41(a)(2), "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). Unless otherwise ordered, a dismissal under Rule 41(a)(2) is without prejudice. Id.

Accordingly,

**IT IS HEREBY ORDERED granting** Plaintiff's Motion to Dismiss Only Plaintiff

1 | Josephine Tijerino's Case. (Doc. 80.)

2 | **IT IS FURTHER ORDERED dismissing without prejudice** No. CV-15-02563-
3 | PHX-SMM. The following cases shall remain and continue consolidated for pretrial
4 | purposes:
5 |     1. No. CV-15-2564-PHX-SMM; and
6 |     2. No. CV-16-00408-PHX-SMM.
7 | **IT IS FURTHER ORDERED affirming** the Status Conference set for October 25,
8 | 2019 at 9:00 a.m. in Courtroom 401 of the Sandra Day O'Connor United States Courthouse
9 | at 401 W. Washington Street in Phoenix, Arizona 85003 before Senior Judge Stephen M.
10 | McNamee in the remaining cases.
11 | Dated this 23rd day of October, 2019.

_____
Honorable Stephen M. McNamee
Senior United States District Judge