**THE BENDAU LAW FIRM PLLC**
Clifford P. Bendau, II (AZ Bar #030204)
P.O. Box 97066
Phoenix, Arizona 85060
Telephone: (480) 382-5176
Fax: (480) 304-3805
Email: cliffordbendau@bendaulaw.com
       chris@bendaulaw.com

*Attorney for Plaintiffs Josephine Tijerino
and Tamicka Toliver*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Josephine Tijerino,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Stetson Desert Project, LLC, et al.<br><br>　　　　　Defendants. | Case No. 2:15-cv-2564-PHX-SMM<br><br>(Consolidated with Case No. 2:15-cv-2563-PHX-SMM and Case No. 2:16-cv-00408-PHX-SMM)<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE STATUS CONFERENCE WITH RESPECT TO PLAINITFF TAMICKA TOLIVER'S CASE ONLY** |
| Tamicka Toliver,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Stetson Desert Project, LLC, et al.<br><br>　　　　　Defendants. | |
| Jane Roe Dancer,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Stetson Desert Project, LLC, et al.<br><br>　　　　　Defendants. | |

Defendants and Plaintiff Tamicka Toliver, by and through undersigned counsel, hereby jointly submit this Notice of Settlement to notify the Court that Defendants and Plaintiff Tamicka Toliver only have reached an agreement to settle this matter.  The parties will submit a motion for FLSA settlement approval within 28 days.  Plaintiff Tamicka Toliver also requests that the February 10, 2020 status conference be vacated with respect to her case only.

RESPECTFULLY SUBMITTED this 4th day of February, 2020.

THE BENDAU LAW FIRM, PLLC

/s/ *Clifford P. Bendau, II*
Clifford P. Bendau, II
Attorney for Plaintiff Tamicka Toliver

**Certificate of Service**

I certify that on this 4th day of February, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all parties of record.

/s/ *Clifford P. Bendau, II*