# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Josephine Tijerino,<br><br>    Plaintiff,<br><br>v.<br><br>Stetson Desert Project LLC, et al.,<br><br>    Defendants. | No. CV-15-02563-PHX-SMM<br><br>**ORDER** |

    Before the Court is Plaintiff Tamicka Toliver and Defendants Stetson Desert Project LLC, Cory Anderson, and Cary Anderson's (collectively, "Defendants") Notice of Settlement and Request to Vacate Status Conference with Respect to Plaintiff Tamicka Toliver's Case Only. (Doc. 87.)

    Plaintiff Toliver's case was consolidated with two other matters under case No. CV-15-02563-PHX-SMM for pretrial proceedings. (See No. CV-15-02563-PHX-SMM, Doc. 18.) In an October 23, 2019 Order, the Court dismissed without prejudice Plaintiff Josephine Tijerino's case only. (Doc. 82.) Plaintiff Toliver's matter (No. CV-15-2564-PHX-SMM) and Plaintiff Jane Roe Dancer's matter (No. CV-16-00408-PHX-SMM) remained open and continued consolidated. (Id. at 2.)

    In the instant notice, Plaintiff Toliver and Defendants notify the Court that they have reached an agreement to settle Plaintiff Toliver's case only. (Doc. 87 at 2.) Outside of the Fair Labor Standards Act ("FLSA") context, the Court normally does not rule on a private settlement agreement negotiated between the parties. However, because there are FLSA

claims asserted against Defendants, the parties must seek approval of their settlement agreement to ensure its enforceability. The Court may approve the settlement if it is a fair and reasonable compromise of the issues. Therefore, before the Court may approve the notice of settlement, the parties must submit a joint motion to approve settlement agreement and attach a copy of the settlement agreement.

Plaintiff Toliver and Defendants also request that the Court vacate the Status Conference set for Monday, February 10, 2020 as to Plaintiff Toliver only. (Id.)

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Tamicka Toliver and Defendants shall file a joint motion to approve settlement agreement and stipulation of dismissal on or before **Friday, March 6, 2020.** The parties shall attach a copy of the settlement agreement to the joint motion. The joint motion must demonstrate that the settlement is a fair and reasonable compromise of the issues.

**IT IS FURTHER ORDERED** in No. CV-15-2564-PHX-SMM, **vacating** the Status Conference set for Monday, February 10, 2020 as to Plaintiff Tamicka Toliver **only**.

**IT IS FURTHER ORDERED** in No. CV-16-00408-PHX-SMM, **affirming** the Status Conference set for Monday, February 10, 2020 as to the remaining Plaintiff Jane Roe Dancer.

Dated this 5th day of February, 2020.

_____
Honorable Stephen M. McNamee
Senior United States District Judge